UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIKA MABES individually and on behalf of L.M., J.R.M., and J.A.M., minor children, BRIAN MABES individually and on behalf of L.M., J.R.M., and J.A.M., minor children, <br><br> Plaintiffs, <br><br> v. <br><br> ANGELA MCFEELEY, NATASHA DAVIS, COURTNEY OAKES, SAMANTHA KING, HANNAH LYMAN, KRISTIN MILLER, COURTNEY CROWE, JACLYN ALLEMON, SHANNON THOMPSON M.D., <br><br> Defendants. | No. 1:21-cv-02062-JRS-MKK |

**Order on Summary Judgment**

Erika and Brian Mabes sued Indiana Department of Child Services ("DCS") workers and Shannon Thompson, M.D. (collectively, "Defendants"), under 42 U.S.C. § 1983 alleging violations of their constitutional rights. The Court denied Defendants' motions for summary judgment upon finding disputed facts precluding their assertions of qualified immunity. (Order on Motions for Summary Judgment, ECF No. 347.) Defendants immediately appealed.

The Seventh Circuit held that accepting Plaintiffs' version of the facts as true, all Defendants were entitled to qualified immunity from suit on all Plaintiffs' claims. *Mabes v. Thompson*, 136 F.4th 697 (7th Cir. 2025), *reh'g en banc denied*, 2025 WL

1666751 (7th Cir. June 12, 2025). The court reversed this Court's judgment and remanded for entry of judgment for Defendants. *Id.* at 713–14. The Seventh Circuit has issued its Mandate. (ECF No. 378.)

Accordingly, the Court **vacates** its Order on Motions for Summary Judgment, (ECF No. 347), and **grants** summary judgment to Defendants on all Plaintiffs' claims. The Clerk **shall** enter final judgment in favor of Defendants.

**SO ORDERED.**

Date: 9/10/2025

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution by CM/ECF to registered counsel of record