UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIKA MABES individually and on behalf of L.M., J.R.M., and J.A.M., minor children, BRIAN MABES individually and on behalf of L.M., J.R.M., and J.A.M., minor children,<br><br>Plaintiffs,<br><br>v.<br><br>ANGELA MCFEELEY, NATASHA DAVIS, COURTNEY OAKES, SAMANTHA KING, HANNAH LYMAN, KRISTIN MILLER, COURTNEY CROWE, JACLYN ALLEMON, SHANNON THOMPSON M.D., and INDIANA UNIVERSITY HEALTH,<br><br>Defendants. | No. 1:21-cv-02062-JRS-MKK |

**Final Judgment**

Plaintiffs Erika and Brian Mabes shall take nothing by way of their Complaint. All Plaintiffs' claims against Indiana University Health are dismissed without prejudice. All Plaintiffs' claims against all other Defendants are dismissed with prejudice. This action is dismissed. This is a final judgment under Rule 58. This case is closed.

Date: 9/10/2025

_____
JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution by CM/ECF to registered counsel of record